United States District Court
Northern District of California

| | |
|---|---|
| DAVID WYNN MILLER, EVAN C. BOLANO, and MARIA E. BOLANO, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., et al., <br><br> Defendants. | Case No.: CV 12-05711-KAW <br><br> ORDER TO SHOW CAUSE |

This case was filed on November 6, 2012. (*See* Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, which provides Plaintiffs with 120 days to complete service of the complaint and summons on Defendants, March 6, 2013 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11. The Case Management Conference (CMC) was originally scheduled for February 5, 2013, but was postponed by the Court until April 2, 2013, because Defendants had not been served 7 days prior to the original CMC date. (*See* Dkt. No. 3.)

IT IS HEREBY ORDERED that by no later than Monday, March 25, 2013, Plaintiffs shall show cause why this matter should not be dismissed for failure to comply with the March 6, 2013 deadline to complete service on Defendants or to file a Motion for Administrative Relief.

IT IS SO ORDERED.

Dated: March 8, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge