United States District Court
Northern District of California

| | |
|---|---|
| DAVID WYNN MILLER, EVAN C. BOLANO, and MARIA E. BOLANO,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | Case No.: CV 12-05711-KAW<br><br>ORDER REASSIGNING CASE TO DISTRICT JUDGE; AND REPORT AND RECOMMENDATION TO DISMISS CASE WITHOUT PREJUDICE |

On November 6, 2012, Plaintiffs filed the above-captioned action in this Court. (*See* Dkt. No. 1.)  A Case Management Conference (CMC) was scheduled for February 5, 2013. (Dkt. No. 2.)  Defendants were not served with enough time to answer the complaint before the CMC statement was due, so the Court reset the CMC for April 2, 2013. (Dkt. No. 3.)  On March 8, 2013, the Court issued an Order to Show Cause instructing Plaintiffs to respond no later than March 25, 2013 to explain why this matter should not be dismissed for failure to prosecute based on their failure to complete service of the complaint and summons within 120 days of filing or, in the alternative, to file a Motion for Administrative Relief. (Dkt. No. 4.)  Plaintiffs have not filed a response to the Order to Show Cause.

Plaintiffs have not filed a consent or declination to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c).  Accordingly, the Court issues a Report and Recommendation and reassigns this case to a District Judge with the recommendation that the case be dismissed without prejudice for failure to prosecute.

IT IS SO RECOMMENDED.

Dated: March 28, 2013

KANDIS A. WESTMORE
United States Magistrate Judge