IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WYNN MILLER; EVAN C. BOLANO; and MARIA E. BOLANO,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 12-5711 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DISMISSING CASE WITHOUT PREJUDICE |

　　　The Court has reviewed Magistrate Judge Westmore's Report and Recommendation Re Dismissing Case without Prejudice.  The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

　　　IT IS HEREBY ORDERED that the case is dismissed without prejudice for failure to prosecute.

Dated:  4/16/2013

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: MagRef; KAW